No. 400. STATE EX REL. JAHNKE, Plaintiff in error, v. MILWAUKEE COUNTY CIRCUIT COURT, Branch 18, and others, Defendants in error.

(Also reported in 225 N. W. 2d 518.)

The cause was submitted for the plaintiff in error on the briefs of *Dennis Egre* and *James C. Wood & Asso-*

*ciates,* all of Milwaukee; and for the defendant in error on the brief of *Robert W. Warren,* attorney general, and *Robert D. Martinson,* assistant attorney general.

Order affirmed.